UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ERVIN RAMONE TRIPLETT,

        Petitioner,

v.                                        Case No. 6:07-cv-1131-Orl-19DAB

SECRETARY, FLORIDA DEPARTMENT
OF CORRECTIONS, et al.,

        Respondents.

## ORDER

Petitioner filed a Motion to Stay Habeas Corpus Proceedings (Doc. No. 9, filed December 5, 2007). Petitioner seeks a stay in order to exhaust the third claim in the instant petition in the state courts.

The United States Supreme Court set forth the law explaining when a district court should grant a motion to stay a mixed petition for writ of habeas corpus brought pursuant to 28 U.S.C. § 2254:

> [I]t likely would be an abuse of discretion for a district court to deny a stay and to dismiss a mixed petition if the petitioner had good cause for his failure to exhaust, his unexhausted claims are potentially meritorious, and there is no indication that the petitioner engaged in intentionally dilatory litigation tactics. In such circumstances, the district court should stay, rather than dismiss, the mixed petition.

*Rhines v. Weber*, 544 U.S. 269, 277-78 (2005).

Petitioner seeks to stay the instant proceeding in order to exhaust his third claim, that counsel rendered ineffective assistance by failing to investigate and properly advise Petitioner. Petitioner has admitted, however, that he previously raised claim three in the state courts in his second motion for post-conviction relief pursuant to Rule 3.850 of the Florida Rules of Criminal Procedure, and the state court dismissed the claim as successive. Thus, the instant case does not appear to be a mixed petition. Moreover, Petitioner has not demonstrated that he can exhaust this claim given that the state courts have determined that it can no longer be raised. Petitioner has not established that this claim is potentially meritorious. Thus, the Court concludes that staying the instant action is not appropriate pursuant to *Rhines*. Accordingly, Petitioner's Motion to Hold the Petition in Abeyance (Doc. No. 9) is **DENIED**.

**DONE AND ORDERED** at Orlando, Florida, this 6th day of December, 2007.

/s/ Patricia C. Fawsett
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
sc 12/6
Counsel of Record
Ervin Ramone Triplett