UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ERVIN RAMONE TRIPLETT,

    Petitioner,

v.          Case No. 6:07-cv-1131-Orl-19DAB

SECRETARY, FLORIDA DEPARTMENT
OF CORRECTIONS, et al.,

    Respondents.

## ORDER

This case is before the Court on the following motion:

**MOTION**: Petitioner's Motion for Reconsideration of Order Denying Stay (Doc. No. 11, filed December 26, 2007).

Thereon it is **ORDERED** that the motion is **DENIED**. Petitioner has failed to establish sufficient grounds warranting the relief requested.

**DONE AND ORDERED** at Orlando, Florida, this __7th__ day of February, 2008.

*[signature]*

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
sc 2/7

Counsel of Record
Ervin Ramone Triplett